Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA  95758
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Plaintiff Shaunn A. Fullmer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shaunn A. Fullmer,<br><br>        Plaintiff,<br><br>    and<br><br>JPMorgan Chase Bank, NA., as successor and/or acquirer of assets and liabilities to/from Washington Mutual Bank and LENDER DOE ONE and OneWest Bank, FSB as successor by acquisition of Indymac Federal Bank and LENDER DOE TWO<br><br>        Defendants | Case No.:  2:09-cv-01037-GEB-JFM<br><br><u>PLAINTIFF'S OPPOSITION TO DEFENDANT'S JPMORGAN'S MOTION TO TO DISMISS PLAINTIFF'S COMPLAINT</u><br><br>[FRCP Rule 12(b)(6)]<br><br>Date:   August 31, 2009<br>Time:  9:00 a.m.<br>Ctrm:   10 |

   Plaintiffs, Shaunn A. Fullmer, through their attorney, file this opposition in response to Defendant's motion to dismiss the Plaintiff's complaint, and state:

### I. MOTION SHOULD BE DISMISSED AS RELIEF REQUESTED IS MOOT IN LIGHT OF AMENDED COMPLAINT FILED

   Concurrent with this response, an amended complaint is filed pursuant to Fed. R. Civ. P. 15(a) and does not require the courts approval as it is made in response to Defendant's Fed R. Civ. P. 12(b)(6) motion.

- 1

LENDER DOE 1 and LENDER DOE 2 have been added as parties in light of Defendant's JPMorgan and OneWest admission in their motion moving papers that they are the servicers of the loan even though they have not disclosed who the owners of the obligation are.

## II. Conclusion

Since the Plaintiff has filed an amended complaint that impacts each and every issue raised by the Defendant's Motion to Dismiss, the Defendant's motion should be denied as the issues raised are moot.

Dated:  August 14, 2009		By: _/s/ Kimberlee A. Rode_____
					Kimberlee A. Rode, Attorney for
					Shaunn A. Fullmer