IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNN A. FULLMER,  )
    ) 2:09-cv-01037 GEB-JFM
                Plaintiff, )
    ) ORDER
      v.  )
    )
JP MORGAN CHASE BANK, N.A. as  )
successor by merger to Washington )
Mutual Bank and One West Bank, )
FSB as successor by acquisition of )
Indymac Federal Bank,  )
    )
                Defendants. )
    )

        The parties have consented to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).

        If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: August 18, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

ACCEPTANCE OF REFERRAL

        Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All

1

```
 1  documents hereafter filed shall be denominated as 2:09-cv-01037-JFM.
 2          The status conference before Judge Garland E. Burrell, Jr.,
 3   set August 24, 2009, is vacated.
 4          IT IS SO ORDERED.
 5  DATED:  August 18, 2009.
```

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/fullmer.con