IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNN A. FULLMER,

        Plaintiff,           No. 2:09-cv-1037 JFM

   vs.

JPMORGAN CHASE BANK, NA, etc.,
et al.,

        Defendants.        <u>ORDER</u>

        Due to a calendaring error, the hearing on October 29, 2009 included the motion of JPMorgan Chase without notice. Accordingly, the order issued November 13, 2009 is vacated. The motions filed by defendants JPMorgan Chase and OneWest will be heard on Thursday, December 10, 2009, at 11:00 a.m. before the undersigned. If counsel wish to appear telephonically, arrangements may be made by contacting the courtroom deputy, Jonathan Anderson, at 916-930-4072.

        IT IS SO ORDERED.

DATED: November 13, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; fullmer.vac