IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNN A. FULLMER,

       Plaintiff,                    No. 2:09-cv-1037 JFM

    vs.

JPMORGAN CHASE BANK, NA, etc.,
et al.,

       Defendants.            <u>ORDER SETTING STATUS CONFERENCE</u>

        This matter has been assigned to this court pursuant to the parties' consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. § 636(c).

        Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED that:

        1. A Status (Pretrial scheduling) Conference is set for December 9, 2010, at 11:00 a.m. in courtroom #26 before the undersigned.

        2. All parties shall appear by counsel (or in person if acting without counsel).

        3. The parties are not required to submit to the court or serve upon the parties a Status Report, but Counsel shall attend the Status Conference prepared to briefly set out their views on the following matters:

        The parties shall submit to the court and serve upon all other parties, not later than one week prior to the conference, a Status Report.  The Status Reports shall briefly set out the

views of the party making the report on the following matters:

      a. Service of process;

      b. Possible joinder of additional parties;

      c. Any expected or desired amendment of the pleadings;

      d. Jurisdiction and venue;

      e. Anticipated motions and the scheduling thereof;

      f. Anticipated discovery and the scheduling thereof;

      g. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

      h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

      i. Whether the case is related to any other case, including matters in bankruptcy;

      j. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

      k. Any other matters that may add to the just and expeditious disposition of this matter.

    4. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (<u>see</u> Local Rule 160).

DATED: October 1, 2010.

UNITED STATES MAGISTRATE JUDGE

/014;fullmer.1003