IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUNN A. FULLMER,

        Plaintiff,        No. 2:09-cv-1037 JFM

   vs.

JPMORGAN CHASE BANK, NA, etc., et al.,

        Defendants.        <u>ORDER</u>

        This matter is proceeding before the undersigned based on the consent of the parties. <u>See</u> 28 U.S.C. § 636(c). On August 29, 2011, the parties, appearing through counsel, submitted a stipulation to dismiss this matter with prejudice. Good cause appearing, IT IS HEREBY ORDERED that:

        1. All dates presently pending before the undersigned, including the October 6, 2011 pretrial conference and the November 7, 2011 trial, are vacated; and

        2. This case is dismissed with prejudice.

DATED: September 1, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

/014;fullmer.dism